UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61980-CIV-SINGHAL

GARFIELD SPENCE,

    Plaintiff,

v.

ESPLANADE MEDICAL CENTER, LTD.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal with Prejudice filed by Plaintiffs (DE [11]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of December 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF